| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* 7:20CR00207-1 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 2:24cr306-ECM |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Jordan Thomas<br>1388 County Road 24<br>Billingsley, Alabama 36066 | Alabama | Northern |
| | NAME OF SENTENCING JUDGE<br>Honorable L. Scott Coogler | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 03/07/2023 — TO 03/06/2028 |

**OFFENSE**

18:242.F DEPRIVE CIVIL RIGHTS

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Defendant lives in Middle District.

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   NORTHERN   DISTRICT OF   ALABAMA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   MIDDLE DISTRICT OF ALABAMA   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.* ***Collection of restitution will be retained by the sentencing district if the restitution has been ordered joint and several with any other defendant(s).***

2/16/2024
*Date*                                                                                              *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   MIDDLE   DISTRICT OF   ALABAMA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Effective Date*                                                                                  *United States District Judge*

1